UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DITCHARO, individually** | **CIVIL ACTION** |
| **and as administratrix of the estate of** | |
| **DOMINICK M. DITCHARO, JR.** | |
| | |
| **VERSUS** | **NO. 13-5323** |
| | |
| **STONEBRIDGE LIFE INSURANCE** | **SECTION "C" (4)** |
| **CO. AND MONUMENTAL GENERAL** | |
| **INSURANCE GROUP** | |

**ORDER AND REASONS**

Before the Court is both defendants' Motion for Summary Judgment. Rec. Doc. 18. Plaintiff does not oppose.

Plaintiff brought this lawsuit to recover accidental death benefits under two policies issued by defendants, as well as attorneys fees and costs under La. Rev. Stat. 22:1893 and 22:1973. Rec. Doc. 1. The complaint alleges improper, negligent, and/or bad faith drafting of the deceased's policy and handling of the plaintiff's accidental death claims.

In their motion for summary judgment, defendants argue that this lawsuit is untimely based on the plain language of the policies at issue in this case. Further, they contend that the deceased's lender, and not plaintiff, was the beneficiary under the deceased's policy with defendant Monumental.

Having examined the policies in question, the Court finds that defendants' representations are accurate. Further, in light of the record, the applicable law, defendants'

1

memorandum, and the lack of any opposition by plaintiff, the Court finds that defendants' Motion for Summary Judgment is well-grounded and meritorious.

Accordingly,

IT IS ORDERED that defendants' Motion for Summary Judgment is GRANTED. Rec. Doc. 18.

IT IS FURTHER ORDERED that judgment be entered against plaintiff and in favor of defendants dismissing this matter with prejudice.

New Orleans, Louisiana, this 2nd day of April, 2014.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE